UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20 CR 851 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| JORDAN HICKMAN, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Jonathan D. Greenberg, regarding the change of plea hearing of Jordan Hickman, which was referred to the Magistrate Judge with the consent of the parties.

On December 17, 2020, the government filed a 9 count Indictment, charging Defendant Hickman in counts 1, 2, 4, 5, and 6 with Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances , in violation of Title 21 U.S.C. §§ 841(a)(1) and(b)(1)(A), and 846, and Distribution of Controlled Substances, in violation of Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), (b)(1)(C), and 2. Defendant was arraigned on April 26, 2021, and entered a plea of not guilty to counts 1, 2, 4, 5, and 6 of the Indictment, before Magistrate Judge Greenberg. On November 16, 2021, Magistrate Judge Greenberg received Defendant Hickman's plea of guilty to counts 1, 2, 4, 5 and 6 of the Indictment, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant

Hickman is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Jordan Hickman is adjudged guilty to counts 1, 2, 4, 5 and 6 of the Indictment, in violation of Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), and 846, and §§ 841(a)(1) and (b)(1)(B), (b)(1)(C), and 2. This matter was referred to the U.S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be held on March 8, 2022, at 11:00 a.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

December 28, 2021